**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**LARRY DONNELL GOODMAN,**
**Inmate # 4631539,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv276-MW/MAF**

**GREGORY KONIECZKA, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on September 15, 2026.**

**s/Mark E. Walker**
**United States District Judge**